**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1868**

---

ELLA V. MCCUE,

Plaintiff - Appellant,

versus

ILANA ROBBINS WEST, M.D., Doctor; HAGERSTOWN
SURGICAL CLINIC, a partnership,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-97-4182-JFM)

---

Submitted:  February 26, 1999          Decided:  April 7, 1999

---

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mark Andrew Cronin, CRONIN & SCARDINO, Blue Bell, Pennsylvania;
Sharon N. Horner, Richmond, Virginia, for Appellant.  Frederick W.
Goundry, III, VARNER & KASLICK, Frederick, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ella McCue appeals the district court's order granting summary judgment in favor of the Defendants in her suit alleging negligence, lack of informed consent, and assault and battery arising from the medical treatment Dr. West provided her at the Hagerstown Surgical Clinic.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See McCue v. West, No. CA-97-4182-JFM (D. Md. May 12, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED